AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BEAZLEY INSURANCE COMPANY, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 18-CV-80871 |
| BENJAMIN GORDON | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benjamin Gordon
525 South Flagler Drive, Suite 200
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rory Eric Jurman
Fowler White Burnett, P.A.
One Financial Plaza
100 SE 3rd Avenue, 21st Floor
Ft. Lauderdale, FL 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/12/2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts