# EXHIBIT I

**EXHIBIT I**