EXHIBIT J

EXHIBIT J