## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

### CASE NO.: 9:18-cv-80871-DMM

BEAZLEY INSURANCE COMPANY,
INC.,

      *Plaintiff/Counter-Defendant,*

v.                                                               **SUMMONS IN A CIVIL CASE**

BENJAMIN GORDON,

      *Defendant/Counter-Plaintiff/Third-Party Plaintiff,*

v.

XL INSURANCE COMPANY SE (XL CATLIN),
AND ABILITY INC.,

      *Third-Party Defendant.*

_____/

**TO:**   **XL Insurance Company SE (XL Catlin)**
      **By Service Upon:**
      **20 Gracechurch Street**
      **London**
      **EC3V 0BG**
      **United Kingdom**

      A lawsuit has been filed against defendant, Benjamin Gordon, who as third-party plaintiff is making this claim against you to pay part or all of what the respondent may owe to the plaintiff, Beazley Insurance Company, Inc.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant's attorneys, whose names and address are:

Stephen A. Marino, Jr., Esq., smarino@vpl-law.com; smcgee@vpl-law.com
Arya Attari Li, Esq., ali@vpl-law.com
Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th Floor, Miami, FL 33131
Telephone: (305) 577-3996; Facsimile: (305) 577-3558
*Counsel for Benjamin Gordon*

Case No.:  9:18-cv-80871-DMM

It must also be served on the plaintiff's attorney, whose name and address are:

Rory E. Jurman, Esq., scula@fowler-white.com
Steven S. Cula, Esq., rjurman@fowler-white.com
Fowler White Burnett, P.A.
100 S.E. Third Avenue, Suite 2100
Ft. Lauderdale, FL 33394
Telephone: (954) 377-8100; Facsimile: (954) 377-8101
*Counsel for Beazley Ins. Co., Inc.*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file your answer or motion with the court and serve it on any other parties.

CLERK OF COURT

_____            _____
Date                                                        Signature of Clerk